156 F.3d 1224
 Michael Barth
v.
Public Service Electric & Gas, Township of Bernards,
Bernards Township Sewage Authority, Bernards Township Board
of Health, Bernards Township Municipal Court, J. Knox
Felter, Jr., Senior Sanitarian, Bernards Township, Peter A.
Messina, P.E., P.P., Township Engineer/Planner, Peggy
Warren, Certified Tax Collector, Bernards Township, Barbara
J. Pence, Township Administrator, J. Doe(s), State of New
Jersey, Department of Environmental Protection,
 NOS. 97-5368, 98-5059
 United States Court of Appeals,
Third Circuit.
 May 4, 1998
 
 Appeal From: D.N.J. ,No.97cv02163 ,
 Thompson, J.
 
 
 1
 Affirmed.